**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:  Debtor(s)
**Shelley Deanne Campbell**
149 Sedgefield Drive
Jonesboro, GA 30236

xxx–xx–9020

Case No.: **10–79020–pwb**
Chapter:  **7**
Judge:  **Paul W. Bonapfel**

### DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_Paul W. Bonapfel_
Paul W. Bonapfel
United States Bankruptcy Judge

Dated:  October 12, 2010

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

**EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

# CERTIFICATE OF NOTICE

```
District/off: 113E-9               User: pricev                  Page 1 of 1                   Date Rcvd: Oct 12, 2010
Case: 10-79020                     Form ID: 182                  Total Noticed: 22

The following entities were noticed by first class mail on Oct 14, 2010.
 db           +Shelley Deanne Campbell,    149 Sedgefield Drive,    Jonesboro, GA 30236-2073
 aty          +Andrew D. Gleason,    Lefkoff, Rubin & Gleason PC,    Suite 900,    5555 Glenridge Connector,
                Atlanta, GA 30342-4762
 aty          +Howard D. Rothbloom,    The Rothbloom Law Firm,    31 Atlanta Street,    Marietta, GA 30060-1977
 tr           +Edwin K. Palmer,    P.O. Box 1284,    Decatur, GA 30031-1284
 cr           +Wells Fargo Auto Finance,    c/o Lefkoff, Rubin & Gleason, P.C.,    5555 Glenridge Connector,
                Suite 900,   Atlanta, GA 30342-4762
13222641      +Barrett, Daffin & Frappier,LLP,    4004 Beltline, Bldg. 2,    Suite 100,    Addison, TX 75001-4370
13222643      +Chase,   P.O. Box 7030,   Mesa, AZ 85216-7030
13222644      +Collection Bureau of America,    25954 Eden Landing,    First Floor,    Hayward, CA 94545-3899
13222645      +Credit One Bank,    P.O. Box 60500,    City of Industry, CA 91716-0500
13222646      +Emergenet,    c/o North Am. Credit Svcs,    P.O. Box 182221,    Chattanooga, TN 37422-7221
13222647      +Georgia Department of Revenue,    PO Box 16749,    Atlanta, GA 30321-0749
13222648       Georgia Department of Revenue,    1800 Century Center Blvd., N.E,    Atlanta, GA 30345-3205
13222651      +U.S. Bank Home Mortgage,    P.O. Box 790415,    Saint Louis, MO 63179-0415
13222655      +WF Finanical Cards,    800 Walnut St.,    Des Moines, IA 50309-3605
13222653      +Wells Fargo Auto Finance,    PO Box 25341,    Santa Ana, CA 92799-5341
13222654       Wells Fargo Financial,    P.O. Box 98795,    Las Vegas, NV 89193-8795
The following entities were noticed by electronic transmission on Oct 13, 2010.
 ust          +E-mail/Text: ustpregion21.at.ecf@usdoj.gov
                Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
                Atlanta, GA 30303-3315
13222640      +EDI: ACCE.COM Oct 12 2010 18:53:00      Asset Acceptance, LLC,    PO Box 1630,
                Warren, MI 48090-1630
13222642      +EDI: CAPITALONE.COM Oct 12 2010 18:53:00      Capital One,    P.O. Box 71083,
                Charlotte, NC 28272-1083
13222647      +EDI: GADEPTOFREV.COM Oct 12 2010 18:53:00      Georgia Department of Revenue,    PO Box 16749,
                Atlanta, GA 30321-0749
13222648       EDI: GADEPTOFREV.COM Oct 12 2010 18:53:00      Georgia Department of Revenue,
                1800 Century Center Blvd., N.E,    Atlanta, GA 30345-3205
13222649       EDI: HFC.COM Oct 12 2010 18:53:00      Household Bank Platinum,    P.O. Box 5222,
                Carol Stream, IL 60197-5222
13222650       EDI: RMSC.COM Oct 12 2010 18:53:00      JC Penney,    PO Box 960090,    Orlando, FL 32896-0090
13222652       EDI: WFFC.COM Oct 12 2010 18:53:00      Wells Fargo Auto Finance,    P.O. Box 29704,
                Phoenix, AZ 85038-9704
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 14, 2010**                              **Signature:** *Joseph Speetjens*